In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00342-CR**
_____

**CRYSTAL KAY MORRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 15-21580**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, appellant Crystal Kay Morris pleaded guilty to the offense of failure to stop and render aid, a third-degree felony. *See* Tex. Transp. Code Ann. § 550.021. The trial court found the evidence sufficient to find Morris guilty of the offense of failure to stop and render aid but deferred further proceedings, placed Morris on community supervision for ten years, and assessed a $1000 fine.

1

The State filed a Motion to Revoke Unadjudicated Probation. Morris pleaded "true" to violating the terms of the community supervision order. The trial court revoked Morris's community supervision, found Morris guilty of failing to stop and render aid, and assessed punishment at five years of confinement but suspended the sentence and placed Morris on community supervision for ten years and assessed a $1000 fine.

Subsequently, the State filed a Motion to Revoke Community Supervision, alleging that Morris committed a new offense and administrative violations. Morris pleaded "true" to three administrative violations and "untrue" to the allegation of the new offense. After conducting an evidentiary hearing on the allegation that Morris assaulted a disabled individual, the trial court found the allegations regarding the new offense and Morris's failure to report to be "true," found the evidence was sufficient Morris violated the terms of her community supervision, revoked Morris's community supervision, and assessed punishment at four years of confinement.

Morris's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On March 27, 2023, we granted an extension of time for Morris to file a *pro se* brief. We received no response from Morris.

We have reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
W. SCOTT GOLEMON
Chief Justice

Submitted on July 5, 2023
Opinion Delivered July 12, 2023
Do Not Publish

Before Golemon, C.J., Horton and Wright, JJ.

---

[1]Morris may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.